```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 30593
   FRED LEWIS ROYSTER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-8219


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/10/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED         490.63          .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED         3582.50         .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED          .00           .00
IDES                       UNSECURED      NOT FILED          .00           .00
T-MOBILE                   UNSECURED      NOT FILED          .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED         3299.67         .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        ---------------    ---------------
TOTALS                        .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |